**99–157. Cincinnati Bar Assn. v. Bailey.**
This cause came on for further consideration upon respondent's motion for relief from judgment on order of September 20, 2000. Upon consideration thereof,

IT IS ORDERED by the court that the motion for relief from judgment be, and hereby is, denied.

LUNDBERG STRATTON, J., would also issue sanctions for frivolous conduct.

**99–1897. Cuyahoga Cty. Bar Assn. v. Weirich.**
IT IS ORDERED by this court, *sua sponte*, that William C. Weirich, Attorney Registration No. 0038122, last known address in Madison, Ohio, is found in contempt for failure to comply with this court's order of May 31, 2000, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before June 30, 2000.

**99–2232. Columbus Bar Assn. v. Connors.**
IT IS ORDERED by this court, *sua sponte*, that John J. Connors, Jr., Attorney Registration No. 0031717, last known business address in Columbus, Ohio, is found in contempt for failure to comply with this court's order of July 19, 2000, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before August 18, 2000.

**99–2261. Cuyahoga Cty. Bar Assn. v. Meros.**
IT IS ORDERED by this court, *sua sponte*, that Thomas Lynn Meros, Attorney Registration No. 0005345, last known business address in Cleveland, Ohio, is found in contempt for failure to comply with this court's order of July 12, 2000, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before August 11, 2000.

**99–2265. Lorain Cty. Bar Assn. v. Fernandez.**
IT IS ORDERED by this court, *sua sponte*, that Yolanda Fernandez, Attorney Registration No. 0062647, last known business address in Lorain, Ohio, is found in contempt for failure to comply with this court's order of May 24, 2000, to wit, failure to surrender her certificate of admission and failure to file an affidavit of compliance on or before June 23, 2000.

**99–2268. Disciplinary Counsel v. Ryan.**
IT IS ORDERED by this court, *sua sponte*, that Irving Andrew Ryan, Attorney Registration No. 0033416, last known business address in Berea, Ohio, is found in contempt for failure to comply with this court's order of June 21, 2000, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before July 21, 2000.

**00–531. In re Resignation of Morton.**
IT IS ORDERED by this court, *sua sponte*, that David Allen Morton, Attorney Registration No. 0017538, last known business address in Gahanna, Ohio, is found in contempt for failure to comply with this court's order of August 1, 2000, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before August 31, 2000.

**00–810. In re Resignation of Polovischak.**
IT IS ORDERED by this court, *sua sponte*, that Andrew Polovischak, Jr., Attorney Registration No. 0000107, last known business address in Youngstown, Ohio, is found in contempt for failure to comply with this court's order of August 11, 2000, to wit, failure to surrender his certificate of admission and attorney registration card and failure to file an affidavit of compliance on or before September 11, 2000.

**00–868. In re Gambrel.**
IT IS ORDERED by this court, *sua sponte*, that Paul Gambrel, Attorney Registration No. 0020716, last known business address in Youngstown, Ohio, is found in contempt for failure to comply with this court's order of May 31, 2000, to wit, failure to file an affidavit of compliance on or before June 30, 2000.